Dismissed and Memorandum Opinion filed March 16, 2006









Dismissed and Memorandum Opinion filed March 16, 2006.

 

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00019-CV

____________

 

IN
THE INTEREST OF C.D.C., a Child



_____________________________________________________



 

On Appeal from the 309th District Court 

Harris
County, Texas

Trial Court Cause No. 00-50590



_____________________________________________________



 

M E M O R A N D U M  
O P I N I O N

This appeal is from a judgment signed December 13, 2005.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant, Misti Ree Cartwright, did
not make arrangements to pay for the record. 
To date, our records show that appellant has not established
indigence.  See  Tex. R.
App. P. 20.1 (listing requirements for establishing indigence). In addition, appellant has not paid
the $125.00 appellate filing fee.  See
Tex. R. App. P. 5 (requiring
payment of fees in civil cases unless indigent);








After being given the requisite
ten-days= notice
that this appeal was subject to dismissal for nonpayment of the appellate
filing fee, appellant did not respond.  See Tex. R. App. P. 42.3.  In addition, on February 22, 2006,
notification was transmitted to all parties of the court=s intention to dismiss the appeal for
want of prosecution unless, within fifteen days, appellant paid or made
arrangements to pay for the record and provided this court with proof of
payment.  See Tex. R. App. P. 37.3(b).  Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed March 16, 2006.

Panel consists of Chief Justice
Hedges and Justices Yates and Guzman.